# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FOOTHILLS IP LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:21-cv-00155-JRG-RSP |
| § | |
| RENT-A-CENTER, INC., § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal ("Stipulation") filed by Plaintiff Foothills IP LLC and Defendant Rent-A-Center, Inc. (Dkt. No. 11.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 17th day of August, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE